In the Matter of the City of New York, Appellant, Relative to Acquiring Title to Real Property Required for Widening Southern Boulevard and Whitlock Avenue in the Borough of The Bronx; Service Diners, Inc., et al., Respondents.

Argued November 14, 1944; decided December 30, 1944.

*Ignatius M. Wilkinson, Corporation Counsel (Leo Brown, Julius Isaacs* and *Benjamin Offner* of counsel), for appellant.

*Bernard Cohen* and *Hyman W. Okin* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.